[Cite as *State v. Tighe*, 2016-Ohio-1154.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

CLERMONT COUNTY


STATE OF OHIO,                               :

    Plaintiff-Appellee,                    :                CASE NO.   CA2015-10-080

    - vs -                                       :                D E C I S I O N
                                                  3/21/2016

                                                 :

NATHAN JEREMIAH SOUZZI TIGHE,                :

    Defendant-Appellant.                   :


CRIMINAL APPEAL FROM CLERMONT COUNTY COURT OF COMMON PLEAS
Case No. 2015CR00458


D. Vincent Faris, Clermont County Prosecuting Attorney, 76 South Riverside Drive, 2nd Floor, Batavia, Ohio 45103, for plaintiff-appellee

W. Stephen Haynes, Clermont County Public Defender, 204 North Street, Batavia, Ohio 45103, for defendant-appellant


**Per Curiam.**

{¶ 1}   This cause came on to be considered upon a notice of appeal, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Clermont County Court of Common Pleas, and upon a brief filed by appellant's counsel.

{¶ 2}   Counsel for defendant-appellant, Nathan Jeremiah Souzzi Tighe, has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967),

which (1) indicates that a careful review of the record from the proceedings below fails to disclose any errors by the trial court prejudicial to the rights of appellant upon which an assignment of error may be predicated; (2) lists one potential error "that might arguably support the appeal," *Anders* at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellant's constitutional rights; (4) requests permission to withdraw as counsel for appellant on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellant.

{¶ 3} Having allowed appellant sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellant's rights in the proceedings in the trial court. The motion of counsel for appellant requesting to withdraw as counsel is granted, and this appeal is dismissed for the reason that it is wholly frivolous.

M. POWELL, P.J., HENDRICKSON and PIPER, JJ., concur.